# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00695-CV
NO. 03-13-00696-CV

**Texas Health and Human Services Commission and Kyle Janek, in his official capacity as the Executive Commissioner of Texas Health and Human Services Commission, Appellants**

**v.**

**Texas Children's Hospital, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-13-002619, HONORABLE TIM SULAK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The appellants have filed an unopposed motion to dismiss these appeals. We grant the appellants' motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed:   December 18, 2013